ACCEPTED
03-15-00068-CR
7956064
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/23/2015 3:55:55 PM
JEFFREY D. KYLE
CLERK

Cause No. 03-15-00068-CR

IN THE THIRD COURT OF APPEALS

KARL STAHMANN
Appellant

§
§
V. §
§
§
§
THE STATE OF TEXAS §

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/23/2015 3:55:55 PM
JEFFREY D. KYLE
Clerk
03-15-00068-CR

**APPELLANT'S MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE JUDGES OF THE THIRD COURT OF APPEALS:

COMES NOW APPELLANT, KARL STAHMANN, by and through his undersigned counsel, and pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure, requests an extension of time to file appellant's brief. In support of this motion, Appellant submits the following:

**I.**

The deadline for filing Appellant's Brief WAs October 30, 2015. T.R.A.P. 4.1(a).

**II.**

Appellant requests an extension of sixty (60) days in which to file his Appellant's Brief. T.R.A.P. 68.2(c).

## III.

Undersigned counsel was not substituted as attorney of record until November 11, 2015.

## PRAYER

Wherefore, premises considered, undersigned counsel prays for this Court to extend the time for filing Appellant's brief as sixty days from November 11, 2015.

Respectfully submitted,

J. Deniz Kadirhan
SBN 24086500
2312 Western Trails Blvd, Suite 102-A
Austin, Texas 78745
Tel: 512-804-5911
Email: Deniz@KadirhanLaw.com
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion was provided to the State Prosecuting Attorney on November 23, 2015, *via* fax at (830) 608-2008.

_____

**J. Deniz Kadirhan**